AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:24-CV-07763-CCC-MAH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Brandon Elliott Green**
was recieved by me on  **9/04/2024:**

[X]   I personally served the summons on the individual at **4108 W Girard Ave, Philadelphia, PA 19104** on **09/16/2024 at 8:09 AM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   09/16/2024

*Server's signature*

**Johanne Benjamin-Mapp**
*Printed name and title*

**1212 Fillmore Street**
**PHILADELPHIA, PA 19124**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Brandon Elliott Green with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black male contact 35-45 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with a beard, a goatee and a mustache.**




Tracking #: **0143087130**