**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033
*Attorneys for Plaintiff Jaiya Webbs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jaiya Webbs,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Brandon Elliott Green,<br><br>　　　　　Defendant. | **Request for Entry of Default Pursuant to Fed. R. Civ. P. 55(a)**<br><br>Case Action No. 24-7763 |

**TO:**　Melissa E. Rhoads, Esq.
　　　　Clerk of the Court
　　　　United States District Court – District of New Jersey
　　　　50 Walnut Street
　　　　Newark, NJ 07102

　　　Request is hereby made for the entry of default as to Defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated:　October 10, 2024

　　　　　　　　　　　　　　　　　　**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**

　　　　　　　　　　　　　　　　　　/s/*Daniel Szalkiewicz, Esq.*
　　　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz

1