Daniel Szalkiewicz
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033
*Attorneys for Plaintiff Jaiya Webbs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jaiya Webbs<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Brandon Elliott Green,<br><br>　　　　Defendant. | Case No. 24-cv-07763 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 10, 2024, a true and correct copy of the foregoing Request for Entry and annexed documents was served on the Defendant, Brandon Elliott Green, by United States Mail, First Class Mail to the said Defendant at 4108 W Girard Ave, Philadelphia, PA 19104.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Daniel Szalkiewicz
　　　　　　　　　　　　By:　Daniel S. Szalkiewicz, Esq. (DS2323)
　　　　　　　　　　　　　　　Daniel Szalkiewicz & Associates, P.C.
　　　　　　　　　　　　　　　23 West 73rd Street
　　　　　　　　　　　　　　　Suite 102
　　　　　　　　　　　　　　　New York, New York 10023
　　　　　　　　　　　　　　　*Attorneys for Plaintiff*