# Exhibit 1

# Activities Export

10/29/2024
10:47 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/25/2024 | | Conversation with client, review of information from client and sent letter to same | 00169-Webbs NCP | Daniel Szalkiewicz | 0.70h | $0.00 | - | $0.00 |
| 06/25/2024 | | Review of content remaining online, cataloging same for complaint | 00169-Webbs NCP | Daniel Szalkiewicz | 1.60h | $0.00 | - | $0.00 |
| 07/01/2024 | | Begin drafting of complaint, drafting of email to client | 00169-Webbs NCP | Daniel Szalkiewicz | 1.10h | $0.00 | - | $0.00 |
| 07/09/2024 | | Continued drafting of information for lawsuit, review of email from client regarding background of case | 00169-Webbs NCP | Daniel Szalkiewicz | 0.30h | $0.00 | - | $0.00 |
| 07/12/2024 | | Review of file, continued drafting of lawsuit. | 00169-Webbs NCP | Daniel Szalkiewicz | 0.60h | $0.00 | - | $0.00 |
| 07/15/2024 | | Continued drafting of complaint | 00169-Webbs NCP | Daniel Szalkiewicz | 0.50h | $0.00 | - | $0.00 |
| 07/15/2024 | | Drafting of cover sheet, drafting of email to client with document | 00169-Webbs NCP | Daniel Szalkiewicz | 0.20h | $0.00 | - | $0.00 |
| 07/15/2024 | | reviewing and editing of complaint | 00169-Webbs NCP | Cali Madia | 0.20h | $0.00 | - | $0.00 |
| | | | | | **14.00h** | | **$0.00** 0.00h | **$0.00** 14.00h |

# Activities Export

10/29/2024
10:47 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/15/2024 | | Final review of complaint, filed same | 00169-Webbs NCP | Daniel Szalkiewicz | 0.30h | $0.00 | - | $0.00 |
| 07/19/2024 | | Conversations with client, drafting of notice of summons, drafting of wavier, served same on defendant | 00169-Webbs NCP | Daniel Szalkiewicz | 0.70h | $0.00 | - | $0.00 |
| 08/01/2024 | | Conversation with client regarding status of service on defendant | 00169-Webbs NCP | Daniel Szalkiewicz | 0.10h | $0.00 | - | $0.00 |
| 08/08/2024 | | Hiring of process server with new address | 00169-Webbs NCP | Daniel Szalkiewicz | 0.10h | $0.00 | - | $0.00 |
| 08/14/2024 | | Review of communication from process server about residence, conversation with client about location of defendant, people search into same | 00169-Webbs NCP | Daniel Szalkiewicz | 0.30h | $0.00 | - | $0.00 |
| 08/20/2024 | | Conversation with client regarding new harassing messages from Defendant | 00169-Webbs NCP | Daniel Szalkiewicz | 0.10h | $0.00 | - | $0.00 |
| 09/03/2024 | | Conversation with client regarding identity of defendant and ability to serve him, placing new order with process server | 00169-Webbs NCP | Daniel Szalkiewicz | 0.30h | $0.00 | - | $0.00 |
| | | | | | **14.00h** | | **$0.00** 0.00h | **$0.00** 14.00h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/16/2024 | | Review of email from process server, review of proposed affidavit of service, requested change to same, conversation with client regarding service. | 00169-Webbs NCP | Daniel Szalkiewicz | 0.20h | $0.00 | - | $0.00 |
| 09/16/2024 | | Conversation with client regarding service | 00169-Webbs NCP | Daniel Szalkiewicz | 0.20h | $0.00 | - | $0.00 |
| 09/23/2024 | | Review of affidavit of Service, filed same | 00169-Webbs NCP | Daniel Szalkiewicz | 0.10h | $0.00 | - | $0.00 |
| 10/02/2024 | | Review of messages from defendant to client regarding litigation | 00169-Webbs NCP | Daniel Szalkiewicz | 0.10h | $0.00 | - | $0.00 |
| 10/10/2024 | | Review of file, conversation with client regarding status of case, drafting of request for default, filed and served same | 00169-Webbs NCP | Daniel Szalkiewicz | 1.20h | $0.00 | - | $0.00 |
| 10/22/2024 | | Begin drafting of motion for default judgment | 00169-Webbs NCP | Daniel Szalkiewicz | 0.60h | $0.00 | - | $0.00 |
| 10/22/2024 | | drafting of motion for default judgment | 00169-Webbs NCP | Cali Madia | 2.10h | $0.00 | - | $0.00 |
| 10/29/2024 | | Review of motion for defaulted, | 00169-Webbs | Daniel | 2.40h | $0.00 | - | $0.00 |
| | | | | | **14.00h** | | **$0.00** 0.00h | **$0.00** 14.00h |

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | continued drafting of same, conversation with client concerning default and declaration, filed same with court and served same on defendant. | NCP | Szalkiewicz | | | | |
| | | | | | **14.00h** | | **$0.00**<br>0.00h | **$0.00**<br>14.00h |