# Exhibit 2



Daniel Szalkiewicz <daniel@lawdss.com>

---

## Activity in Case 2:24-cv-07763 Webbs v. Green
1 message

---

**njdefiling@njd.uscourts.gov** <njdefiling@njd.uscourts.gov>　　　　　　　　　　Mon, Jul 15, 2024 at 12:22 PM
To: njdefiling@njd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered by SZALKIEWICZ, DANIEL on 7/15/2024 at 12:22 PM EDT and filed on 7/15/2024

**Case Name:**　　　Webbs v. Green
**Case Number:**　　2:24-cv-07763
**Filer:**　　　　　　　Jaiya Webbs
**Document Number:** 1

**Docket Text:**
**COMPLAINT against Brandon Green ( Filing and Admin fee $ 405 receipt number ANJDC-15516710), filed by Jaiya Webbs. (Attachments: # (1) Civil Cover Sheet)(SZALKIEWICZ, DANIEL)**

**2:24-cv-07763 Notice has been electronically mailed to:**

DANIEL SZALKIEWICZ &nbsp &nbsp daniel@lawdss.com, cali@lawdss.com, lawdss@recap.email

**2:24-cv-07763 Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=7/15/2024] [FileNumber=18617692-0] [05ce3eb3993a9bfcf9b727755c4403b16c12b1827f4e3ea234ea5c9ed33e5c80d0 850556f11d5ce4043c86b8763d8d7f798fa2345e8392a54b6a2209bdec21cd]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=7/15/2024] [FileNumber=18617692-1] [7018eb1fd073b4fdbb8a12fd45c759df903dcab2cc44f101954bdf1dc18e5e233c cf7848abb1e8175766612f7eb1b9d28cf124b5f30fdf41a5cfb7957b09513f]]



# Receipt

Print Date: Oct 29, 2024

## RETURN TO

Daniel Szalkiewicz
Daniel Szalkiewicz & Associates PC
23 W 73RD ST STE 102
New York, NY 10023

## SHIP TO

Brandon Elliott Green
4108 W Girard Ave
Philadelphia, PA 19104

## REFERENCE

| | |
|---|---|
| Ship Date: | Oct 29, 2024 |
| Ship from ZIP: | 10023 |
| Weight: | 0lbs. 5oz. |
| User: | lawdss |
| Cost Code: | |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Printed |
| Tracking #: | 00040206205532740012191041192 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Large Envelope | $2.59 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $2.59 |
| Label Quantity | 1 |
| Total Cost | $2.59 |

# Receipt

Print Date: Oct 29, 2024

## RETURN TO

Daniel Szalkiewicz
Daniel Szalkiewicz & Associates PC
23 W 73RD ST STE 102
New York, NY 10023

## SHIP TO

Daniel Szalkiewicz
23 West 73rd Street, Suite 102
23 W 73rd St
New York, NY 10023

## REFERENCE

| | |
|---|---|
| Ship Date: | Jul 19, 2024 |
| Ship from ZIP: | 10023 |
| Weight: | 0lbs. 1oz. |
| User: | lawdss |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Envelope |
| Delivery Status: | Printed |
| Tracking #: | 00040206204515333570100233 10423 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Letter | $0.69 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $0.69 |
| Label Quantity | 1 |
| Total Cost | $0.69 |

# Receipt

Print Date: Oct 29, 2024

## RETURN TO

Daniel Szalkiewicz
Daniel Szalkiewicz & Associates PC
23 W 73RD ST STE 102
New York, NY 10023

## SHIP TO

Brandon Elliott Green
4108 W Girard Ave
Philadelphia, PA 19104

## REFERENCE

| | |
|---|---|
| Ship Date: | Jul 19, 2024 |
| Ship from ZIP: | 10023 |
| Weight: | 0lbs. 3oz. |
| User: | lawdss |
| Cost Code: | |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Printed |
| Tracking #: | 00040206204515339100191041192 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Large Envelope | $2.04 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $2.04 |
| Label Quantity | 1 |
| Total Cost | $2.04 |

# Receipt

Print Date: Oct 29, 2024

## RETURN TO

Daniel Szalkiewicz
Daniel Szalkiewicz & Associates PC
23 W 73RD ST STE 102
New York, NY 10023

## SHIP TO

Brandon Elliott Green
4108 W Girard Ave
Philadelphia, PA 19104

## REFERENCE

| | |
|---|---|
| Ship Date: | Oct 10, 2024 |
| Ship from ZIP: | 10023 |
| Weight: | 0lbs. 2oz. |
| User: | lawdss |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Envelope |
| Delivery Status: | Printed |
| Tracking #: | 00040206205534722359191041 19299 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Letter | $0.97 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Subtotal | $0.97 |
| Label Quantity | 1 |
| Total Cost | $0.97 |



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, NY 10023

| | |
|---|---|
| INVOICE# | 18142483.100 |
| DATE | Jul 15, 2024 |
| ACCOUNT# | 175469 |
| ATTENTION | daniel@lawdss.com |
| REFERENCE# | Webbs |

**AMOUNT DUE** $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** servee_photo_0_Screenshot 2024-07-15 at 4.35.16PM.jpg, show_temp.pl.pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 105.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 105.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 105.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| American Express ending in 3001 | July 15, 2024 | 105.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 105.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Daniel Szalkiewicz & Associates, P.C.**
**23 West 73rd Street, Suite 102**
**New York, NY 10023**

| | |
|---|---|
| INVOICE# | 18697307.100 |
| DATE | Sep 03, 2024 |
| ACCOUNT# | 175469 |
| ATTENTION | daniel@lawdss.com |
| REFERENCE# | Webbs |

**AMOUNT DUE**    $ 0.00

| | |
|---|---|
| CASE # | 2:24-CV-07763-CCC-MAH |
| CASE TITLE | JAIYA WEBBS v. BRANDON ELLIOT GREEN |
| COURT | US District Court, New Jersey, Newark |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Process Service - Additional Address | **Subject:** Brandon Elliott Green<br>**Address:** 4108 W Girard Ave BASEMENT- PLEASE READ NOTE HE JUST MOVED IN AN IS AVOIDING SERVICE, Philadelphia, PA 19104 | 105.00 |

| | |
|---|---|
| **SUBTOTAL** | $ 105.00 |
| **SALES TAX** | $ 0.00 |
| **TOTAL CHARGES** | $ 105.00 |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| American Express ending in 3001 | September 03, 2024 | 105.00 |

| | |
|---|---|
| **AMOUNT PAID** | $ 105.00 |
| **AMOUNT DUE** | $ 0.00 |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT       Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, NY 10023

| | |
|---|---|
| INVOICE# | 18429106.100 |
| DATE | Aug 08, 2024 |
| ACCOUNT# | 175469 |
| ATTENTION | daniel@lawdss.com |
| REFERENCE# | Webbs |

**AMOUNT DUE**  $ 0.00

| | |
|---|---|
| CASE # | 2:24-CV-07763-CCC-MAH |
| CASE TITLE | JAIYA WEBBS v. BRANDON ELLIOT GREEN |
| COURT | US District Court, New Jersey, Newark |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Process Service - Additional Address | **Subject:** Brandon Elliott Green<br>**Address:** 4108 W Girard Ave, Philadelphia, PA 19104 | 105.00 |

| | |
|---|---|
| SUBTOTAL | $ 105.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 105.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| amex ending in 3001 | August 08, 2024 | 105.00 |

**AMOUNT PAID**  $ 105.00

**AMOUNT DUE**  $ 0.00