UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jaiya Webbs<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Brandon Elliott Green,<br><br>　　　　Defendant. | Case Action No. 24-cv-7763 |

　　　　THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Certification and Declaration submitted, and for good cause being shown,

　　　　IT IS on this _____ day of _____, 2024, ordered that Plaintiff's motion is granted and a default judgment is entered against Defendant in the amount of $150,000.00 plus $7,000 in attorney fees and $726.29 in costs.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon.