IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jaiya Webbs<br><br>       Plaintiff,<br><br>  v.<br><br>Brandon Elliott Green,<br><br>       Defendant. | Case No. 24-cv-07763 |

## NOTICE OF CHANGE OF FIRM NAME

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

      PLEASE TAKE NOTICE, that effective immediately, Daniel Szalkiewicz & Associates, P.C. has changed its name to Veridian Legal P.C. All future reference to the firm in this matter should be to Veridian Legal P.C. As a result, please use the following:

      Veridian Legal P.C.
      23 West 73rd Street, Suite 102
      New York, NY 10023
      daniel@veridianlegal.com

The firm's addresses, phone numbers, fax numbers, have not been affected by this change.

Dated: March 14, 2025
       New York, New York

                                          VERIDIAN LEGAL P.C.

                                          ___*/s/Daniel S. Szalkiewicz*___
                                          By: Daniel S. Szalkiewicz, Esq.